CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., SBN 111282
Russell Handy, Esq., SBN 195058
Zachary Best, Esq., SBN 166035
Elliott Montgomery, Esq., SBN 279451
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
ElliottM@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Chris Langer,**<br><br>    Plaintiff,<br><br>v.<br><br>**Carvana, LLC,** an Arizona Limited Liability Company,<br><br>    Defendants. | **Case No**. 8:21-cv-00303-JLS-JDE<br><br>**Plaintiff's Request for Judicial notice in support of Opposition to Motion to Dismiss**<br><br>**Hon. Josephine L. Staton** |

Pursuant to Rule 201 of the Federal Rules of Evidence, the Plaintiff requests this Court take judicial notice of the following documents:

### 1. Settlement Agreement Between The United State of America and Ahold U.S.A., Inc. and Peapod, LLC.

Plaintiff requests that the Court take judicial notice of the Settlement Agreement Between The United State of America and Ahold U.S.A., Inc. and Peapod, LLC. (Peapod, LLC is Owner and Operatior of www.peapod.com) Under The Americans With Disabilities Act. *See Lee v. City of Los Angeles*, 250

F.3d 668 (9th Cir. 2001) (holding that a court may take judicial notice of matters of public record). A copy of the decision is attached to this request as Exhibit 1 and can be accessed online at https://www.ada.gov/peapod_sa.htm (last retrieved on March 18, 2022).

## 2. Settlement Agreement Between The United States of America and Teachers Test Prep

Plaintiff requests that the Court take judicial notice of the Settlement Agreement Between The United States of America and Teachers Test Prep Under The Americans With Disabilities Act. *See Lee v. City of Los Angeles*, 250 F.3d 668 (9th Cir. 2001) (holding that a court may take judicial notice of matters of public record). A copy of the decision is attached to this request as Exhibit 2 and can be accessed online at https://www.ada.gov/ttp_sa.html (last retrieved on March 18, 2022).

Dated: March 18, 2022                    CENTER FOR DISABILITY ACCESS

                                         By: /s/ Elliott Montgomery
                                             Elliott Montgomery
                                             Attorneys for Plaintiff