BLANK ROME LLP
Jonathan A. Loeb (SBN 162758)
JLoeb@BlankRome.com
Allen Ho (SBN 318187)
Allen.Ho@BlankRome.com
2029 Century Park East, 6th Floor
Los Angeles, CA 90067
Telephone: 424.239.3400
Facsimile: 424.239.3434

Attorneys for Defendant,
CARVANA, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA– SOUTHERN DIVISION

| | |
|---|---|
| CHRIS LANGER, an individual,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>CARVANA, LLC, an Arizona Limited Liability Company,<br><br>　　　　　　Defendant. | Case No. 8:21-cv-00303-JLS-JDE<br><br>*[Assigned to the Hon. Josephine L. Staton]*<br><br>**NOTICE OF LODGING [PROPOSED] JUDGMENT AND DISMISSAL**<br><br>Complaint: January 18, 2021<br>Removed:　February 16, 2021<br>Trial:　　　Not Set |

155749.00612/128766278v.1

**NOTICE OF LODGING [PROPOSED] JUDGMENT AND DISMISSAL**

PLEASE TAKE NOTICE that Defendant CARVANA, LLC hereby lodges the attached [Proposed] Judgment and Dismissal pursuant to the Court's April 28, 2022 Order (Dkt. No. 46).

DATED: May 3, 2022          BLANK ROME LLP

By: */s/ Allen Ho*
    Allen Ho

*Attorneys for Defendant Carvana, LLC*