# JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER, an individual,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>CARVANA, LLC, an Arizona Limited Liability Company,<br><br>　　　　　　Defendant. | Case No. 8:21-cv-00303-JLS-JDE<br><br>**JUDGMENT** |

The Court, having granted Defendant CARVANA, LLC's ("Carvana") Motion to Dismiss the First Amended Complaint (Doc. No. 46), HEREBY ADJUGES, DECREES AND ORDERS that the above-captioned action is dismissed in its entirety with prejudice. This document constitutes a final judgment and separate document for purposes of Federal Rule of Civil Procedure 58(a).

　　**IT IS SO ORDERED.**

Dated: May 06, 2022

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HON. JOSEPHINE L. STATON
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE